**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                    Case No. 06-cr-96-01-PB

<u>Jeffrey Jones</u>

<u>**O R D E R**</u>

    The defendant, through counsel, has moved to continue the July 6, 2006 trial in the above case for 120 days, citing the need for additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

    In order to allow the parties additional time to properly prepare for trial, the court will continue the trial for 90 days from July 6, 2006 to October 3, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 27, 2006 final pretrial conference is continued until September 19, 2006 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 26, 2006

cc: Michael Iacopino, Esq.
    Helen Fitzgibbon, AUSA
    United States Probation
    United States Marshal