```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**　　　　　　　　　　　　　　　　　　Case No. 06-cr-96-01-PB

**Jeffrey Jones**


**O R D E R**

The defendant has moved to continue the December 5, 2006 trial in the above case, citing the need for additional time to finalize a plea agreement.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 3, 2006 to December 5, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 19, 2006 final pretrial conference is cancelled.  The court will hold a plea hearing/final pretrial conference on October 31, 2006 at 11:30 a.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 21, 2006

cc: Helen Fitzgibbon
    Michael Iacopino, Esq.
    United States Probation
    United States Marshal